USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH LIPSCHUTZ,
                         Plaintiff,

        -against-

EQUIFAX INFORMATION SERVICES, LLC,
ET AL.,
                         Defendants.
-------------------------------------------------------------X

19 Civ. 10192 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the affidavit of service at Dkt. No. 6 shows that Defendant Citibank, N.A. is required to respond to the Complaint by November 26, 2019. Citibank did not timely appear. It is hereby

**ORDERED** that, if Plaintiff is not in communication with Citibank, then Plaintiff shall file a letter by **December 17, 2019**, advising whether it intends to move for default judgment against this Defendant. If Plaintiff is in communication with Citibank, then all parties shall file their initial pretrial conference materials, in accordance with the Order at Dkt. No. 8, by January 7, 2020. Citibank shall also file its notice of appearance as soon as possible.

Dated: December 3, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**