```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
------------------------------------------------X   ELECTRONICALLY FILED
                                                :   DOC #:_____
JOSEPH LIPSCHUTZ,                               :   DATE FILED: 12/12/2019
                            Plaintiff,          :
                                                :   19 Civ. 10192 (LGS)
            -against-                           :
                                                :   ORDER
EQUIFAX INFORMATION SERVICES, LLC,              :
ET AL.,                                         :
                            Defendants.         :
                                                :
------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Although the action is closed, the parties have access to the docket and may file their settlement agreement within thirty (30) days of this Order. Any pending deadlines and conferences are CANCELED.

Dated: December 12, 2019
       New York, New York

                                    _____
                                          LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE